✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                              CONNECTICUT

JOSEPH BACEWICZ, ET AL

## WITNESS LIST

V.

NGM INSURANCE CO., ET AL                   Case Number:  3:08cv1530(JCH)

| PRESIDING JUDGE JANET C. HALL | PLAINTIFF'S ATTORNEY MICHAEL PARKER | DEFENDANT'S ATTORNEY STUART BLACKBURN |
|---|---|---|
| TRIAL DATE (S) 2/3/2011 - 2/8/2011 | COURT REPORTER TERRI FIDANZA | COURTROOM DEPUTY BERNADETTE DeRUBEIS |

| PLF. NO. | DEF. NO. | DATE(S) OF TESTIMONY | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|
| X | | 2/3/2011 | Joseph Bacewicz, Tolland, CT |
| X | | 2/4/2011 | David Grandpre, Civil Engineer (Expert), East Greenwich, CT |
| X | | 2/4/2011 & 2/7/2011 | Dean Soucy, Licensed Contractor, Tolland, CT |
| X | | 2/7/2011 | Janice Bacewicz, Tolland, CT |
| | X | 2/7/2011 | Nick Scaglione, (Expert), Powell. Ohio |
| | X | 2/7/2011 | Douglas Fisher (Expert), Hartford, CT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages