UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH BACEWICZ, ET AL.,<br>    Plaintiffs, | : | |
| | : | CIVIL ACTION NO.<br>3:08-CV-1530 (JCH) |
| v. | : | |
| NGM INSURANCE CO.,<br>    Defendant | : | FEBRUARY 8, 2011 |

## VERDICT FORM

1. Have the Bacewiczes proven that they suffered a physical loss involving a "collapse" of part of their residence, and that such loss was caused only by (1) "hidden decay," (2) "the use of defective material or methods in construction, remodeling, or renovation," or (3) a combination of those two causes?

    Yes __✓__    No_____

[If you answered "no," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "yes," please proceed to Question 2.]

2. Have the Bacewiczes proven that they provided NGM with prompt notice of the loss?

    Yes __✓__    No_____

[If you answered "no," proceed to Question 3. If you answered "yes," please proceed to Question 4.]

3. If the Bacewiczes did not prove that they promptly notified NGM of the loss, did the Bacewiczes prove that NGM was not prejudiced by any delay in receiving notice?

    Yes _____    No_____

[If you answered "no," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "yes," please proceed to Question 4.]

4. Has NGM proven that the collapse was caused directly or indirectly, in whole or in part, by flood water, surface water, tidal water, overflow of a body of water, spray from any of these types of water, or water below the surface of the ground, including subsurface water which exerts pressure on or seeps or leaks through a building, foundation, or other structure?

Yes _____   No ___✓___

[If you answered "yes," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "no," please proceed to Question 5.]

5. Has NGM proven that the Bacewiczes knew before September 23, 2007, that they had experienced a loss covered by the policy?

Yes _____   No ___✓___

[If you answered "yes," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "no," please proceed to Question 6.]

6. Has NGM proven that a reasonable person would have known before September 23, 2007, that they had suffered a loss covered by the policy?

Yes _____   No ___✓___

[If you answered "yes," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "no," please proceed to Question 7.]

7. Has NGM proven that the loss was caused, in whole or in part, by the neglect of Mr. or Mrs. Bacewicz?

Yes _____   No ___✓___

[If you answered "yes," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "no," please proceed to Question 8.]

**8. Has NGM proven that the Bacewiczes intentionally concealed material facts, intentionally misrepresented material facts, or willfully made false statements regarding their insurance claim?**

Yes _____   No ___✓_____

[If you answered "yes," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "no," please proceed to Question 9.]

**9. Have the Bacewiczes proven that they suffered damages as a result of NGM's breach of contract?**

Yes ___✓_____   No _____

[If you answered "no," skip the remaining questions. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "yes," please proceed to Question 10.]

**10. Enter the amount of money you find would place the Bacewiczes in the same position they would have been in if NGM had not breached the contract.**

$ __174,666__.

[Please proceed to Question 11.]

**11. Was NGM's decision to withhold payment to the Bacewiczes under the insurance contract wrongful?**

Yes ___✓_____   No _____

[If you answered "no," skip Question 12. Have the Foreperson sign the Verdict Form and return it to the court. If you answered "yes," please proceed to Question 12.]

**12. What is the date on which the Bacewiczes had performed all of their obligations under the policy, NGM had received a fair opportunity to evaluate its liability, and NGM had wrongfully failed to provide coverage?**

__10__ / __1__ / __08__

(month / day / year)

Please have your Foreperson sign and date the form.

_____
FOREPERSON

Dated at Bridgeport, Connecticut, on this __8th__ day of __February__, 2011.